UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENYS NAMYSTIUK,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITH BARNEY,<br><br>    Defendant. | Case No. 15-cv-03078-MEJ<br><br>**ORDER REQUESTING CLARIFICATION RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

On July 2, 2015, Plaintiff Denys Namystiuk filed an Application to Proceed In Forma Pauperis. Dkt. No. 2. In his Application, Plaintiff states that he has received money in the past twelve months from "business, self-employment." However, Plaintiff does not state the amount received. Accordingly, the Court ORDERS Plaintiff to file a declaration by August 3, 2015, explaining this source of income, the amount of money received, and the type of currency (e.g., U.S. Dollars, Ukrainian hryvnia, etc.).

**IT IS SO ORDERED.**

Dated: July 13, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENYS NAMYSTIUK,

    Plaintiff,

v.

SMITH BARNEY,

    Defendant.

Case No. 15-cv-03078-MEJ

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on July 13, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Denys Namystiuk
Mate Zalka, 6B, 74
Kyiv, 04211
Ukraine

Dated: July 13, 2015

Richard W. Wieking
Clerk, United States District Court

_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES