IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENYS NAMYSTIUK,

    Plaintiff,

v.

SMITH BARNEY,

    Defendant.

No. C 15-03078 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

    The undersigned is in receipt of the report and recommendation from Magistrate Judge Maria-Elena James, which recommended granting plaintiff Denys Namystiuk's motion for leave to proceed *in forma pauperis*, provided he submit additional details regarding his financial situation (Dkt. No. 8). Plaintiff has filed an adequate response to Judge James' request and his motion to proceed *in forma pauperis* is thus **GRANTED**. Plaintiff's motion for permission to participate in electronic case filing is **GRANTED**. Plaintiff's motion for summary judgment is premature and is thus **DENIED**, without prejudice to a renewed summary judgment motion submitted at the proper time.

    **IT IS SO ORDERED.**

Dated: August 31, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE