IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENYS NAMYSTIUK,

    Plaintiff,

    v.

SMITH BARNEY and JAINA SYSTEMS NETWORK, INC.,

    Defendants.

No. C 15-03078 WHA

**ORDER DISMISSING CASE**

    This case came up for a case management conference today, October 29, and plaintiff Denys Namystiuk failed to appear. The case is thus **DISMISSED FOR FAILURE TO PROSECUTE**. The case is also dismissed for lack of subject matter jurisdiction. The Court has carefully reviewed plaintiff's pleadings and they are totally incomprehensible and frivolous. The **CLERK SHALL PLEASE CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: October 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE