IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENYS NAMYSTIUK,

    Plaintiff,

  v.

SMITH BARNEY and JAINA SYSTEMS NETWORK, INC.,

    Defendants.

No. C 15-03078 WHA

**ORDER DENYING SECOND MOTION FOR RECONSIDERATION**

After plaintiff Denys Namystiuk failed to appear at the initial case management conference, an order dismissed his case for failure to prosecute and for lack of subject-matter jurisdiction because the complaint was incomprehensible (Dkt. No. 22). Plaintiff then filed a motion for reconsideration, stating that he would not come to the United States to litigate this case and wished to remain in the Ukraine, and litigate via phone conference. An order denied that motion (Dkt. No. 27).

Now plaintiff has filed a second motion titled "motion for leave to file 1th [sic] motion for reconsideration." This second motion again states that plaintiff will not come to the United States to litigate and raises essentially the same points made in plaintiff's first motion for reconsideration. Plaintiff's second motion for reconsideration is largely incomprehensible, adds nothing not addressed in plaintiff's first motion, and is thus **DENIED**.

**IT IS SO ORDERED.**

Dated: December 7, 2015.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE