IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENYS NAMYSTIUK,

    Plaintiff,

  v.

SMITH BARNEY and JAINA SYSTEMS NETWORK, INC.,

    Defendants.

No. C 15-03078 WHA

**ORDER RE RECENTLY FILED MOTION**

    Plaintiff Denys Namystiuk has filed what appears to be a motion to disqualify Judge Thelton Henderson, which he has titled "Motion for Peremptory Challenge" (Dkt. No. 35). The motion, which is largely incomprehensible, states that plaintiff wishes to remove Judge Henderson and have the case reassigned to the undersigned judge. This case, however, is already assigned to the undersigned judge. If plaintiff wishes to move to disqualify the undersigned judge, he must do so in a comprehensible fashion and in accordance with Section 144 of Title 28 of the United States Code.

**IT IS SO ORDERED.**

Dated: December 16, 2015.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE