IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENYS NAMYSTIUK,<br><br>  Plaintiff,<br><br>  v.<br><br>SMITH BARNEY and JAINA SYSTEMS NETWORK, INC.,<br><br>  Defendants.<br>_____ / | No. C 15-03078 WHA<br><br>**ORDER RE TRANSCRIPT FORM** |

    The Court is in receipt of plaintiff Denys Namistiuk's transcript order form, to which he appended a copy of the original order granting his motion to proceed in forma pauperis (Dkt. No. 51). A subsequent order, however, revoked plaintiff's IFP status due to his numerous frivolous filings (Dkt. No. 36). Plaintiff then moved to disqualify the undersigned judge, which motion was denied by Judge Jeffrey White. If plaintiff wishes to obtain a transcript he must follow the procedures set forth in Civil Local Rule 79–1.

    **IT IS SO ORDERED.**

Dated: January 28, 2016.

                                                           WILLIAM ALSUP
                                                           UNITED STATES DISTRICT JUDGE