**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

DENYS NAMYSTIUK,                                          No. C 15-03078 WHA

11

      Plaintiff,

12

  v.                                                               **ORDER RE RECENTLY FILED
MOTION**

13

SMITH BARNEY and JAINA SYSTEMS
NETWORK, INC.,

14
15

      Defendants.
                              /

16
17

      Pro se plaintiff Denys Namystiuk has filed a motion to transfer this case to the

18

California Supreme Court.  This case has already been dismissed and closed in the district court

19

and the dismissal has been affirmed by our court of appeals.  Thus, there is nothing left to

20

transfer.  Accordingly, the motion to transfer is **DENIED**.

21
22

      **IT IS SO ORDERED.**

23
24

Dated: May 13, 2016.

25

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

26
27
28